JAMES A. CRAWFORD V. A. H. JONES, GUARDIAN.

Where the note sued on was in these terms, " We, J. L. C., as principal, and J. A. C. and A. W. C. as securities, *or either of us*, promise to pay," &c.: *Held*, that J. A. C. had contracted as surety ; and that it was error to dismiss as to the principal, not served, and take judgment against him.

ERROR from Gonzales. Tried below before the Hon. Fielding Jones.

This was a suit by A. H. Jones, as guardian of Barry G. Anderson, against J. L. Crawford, James A. Crawford and A. W. Crawford, upon a promissory note, as follows:—

" $199. Gonzales, January 1st, 1857.

" Twelve months after date, we, J. L. Crawford, as principal, and James A. Crawford and A. W. Crawford as securities, *or either of us*, promise to pay to A. H. Jones, guardian of Barry G. Anderson, or order, the sum of one hundred and ninety-nine dollars, for value received, it being for the hire of a negro man," &c.

The plaintiff dismissed as to J. L. and A. W. Crawford, who were not served, and took judgment by default against James A. Crawford, who was served, but did not appear ; and from this judgment he prosecuted his writ of error.

WHEELER, C. J.—It appears plainly from the face of the note, made a part of the petition, that the plaintiff in error did not

contract as principal, but as surety. It was error to dismiss as to the principal and take judgment against the surety. Judgment reversed and cause remanded.

Reversed and remanded.